# UNITED STATES DISTRICT COURT
# SOUTEHRN DISTRICT OF GEORGIA

Case No. __1:26cv004__

AUGUSTA EVENTURES, LLC

    Plaintiff

v.

CONFIRMED, LLC,                  Appearing on behalf of : Plaintiff Augusta Eventures, LLC

    Defendant.

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __January__, __2026__.

_____
UNITED STATES MAGISTRATE JUDGE
U.S. DISTRICT COURT -- SOUTHERN DISTRICT OF GEORGIA

NAME OF PETITIONER:    Bryan C. Brunson

Business Address:    Weissman, PC
                         One Alliance Center, 4th Floor, 3500 Lenox Road
                         Atlanta, Georgia 30326

                         Tel: 404.926.4609
                         Ga. Bar No: 705119
                         Email: BryanB@weissman.law