IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AUGUSTA EVENTURES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-004 |
| | ) | |
| CONFIRMED, LLC, d/b/a CONFIRMED 360; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff requests that the Court order the United States Marshals Service ("USMS") to effect service on Defendant. (Doc. no. 13.) Because Plaintiff is not proceeding IFP, having paid the $405.00 filing fee, Plaintiff is responsible for service of process, see Fed. R. Civ. P. 4(c)(1), and is not entitled to service by USMS. Cf. 28 U.S.C. § 1915(d). "When a plaintiff who is not proceeding IFP requests that a district court order that service be made by the USMS, the district court may grant such a request . . . ." Daker v. Ward, 2022 WL 17076984 (11th Cir. Nov. 18, 2022) (emphasis added); see also Fed. R. Civ. P. 4(c)(3). Although Plaintiff makes the generalized assertion that good cause exists for service by USMS, the Court sees no compelling reason to vary its standard practice of requiring represented parties to effect service of process themselves rather than using the limited resources of USMS. Accordingly, Plaintiff's motion is **DENIED**. (Doc. no. 13.)

SO ORDERED this 3rd day of February, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA